JOSEPH P. MORAN, Appellant, v. THE CITY OF NEW YORK et al., Respondents.

(Argued March 2, 1936; decided April 14, 1936.)

A. *Spencer Feld* for appellant.

*Paul Windels, Corporation Counsel (Edmund L. Palmieri* and *Paxton Blair* of counsel), for respondents.

Order affirmed, with costs.

First question certified answered in the negative, and second question certified not answered. No opinion. (See *Matter of Moran* v. *La Guardia*, 270 N. Y. 450.)

Concur: CRANE, Ch. J., LEHMAN, HUBBS and FINCH, JJ. Dissenting: O'BRIEN, CROUCH and LOUGHRAN, JJ.